United States District Court
Eastern District of New York				1:20-cv-05558-FB-RER

Rossy Gavilanes, individually and on behalf of all others similarly situated,

      Plaintiff,

  - against -        Notice of Voluntary Dismissal

Gerber Products Company,

      Defendant

  Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  January 21, 2022

                Respectfully submitted,

                Sheehan & Associates, P.C.
                /s/Spencer Sheehan
                Spencer Sheehan
                spencer@spencersheehan.com
                60 Cuttermill Rd Ste 409
                Great Neck NY 11021
                Tel: (516) 268-7080

## Certificate of Service

I certify that on January 21, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan